JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JASON HURD, an individual<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF LOS ANGELES, a public entity; and DOES 1 through 20.<br><br>Defendants. | **Case No.: 2:24-cv-07545-CAS-PVCx**<br><br>Assigned to Hon. Christina A. Snyder<br>Magistrate Judge: Pedro V. Castillo<br><br>**ORDER** |

Based on the Stipulation filed by the Parties on September 20, 2024, this Court hereby Orders that this case be remanded back to the Los Angele Superior Court, State of California.

Dated: September 24, 2024

_____
The Honorable, Christina A. Snyder
United States District Court Judge

## PROOF OF SERVICE

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is: 915 Wilshire Blvd., Suite 2125, Los Angeles, California 90017. On **September 26, 2024,** I caused to be served the foregoing document described as **[PROPOSED] ORDER** in this action by placing a true copy thereof enclosed in an envelope addressed as follows:

<u>*Attorneys for Defendant*</u>
Michele M. Goldsmith            mgoldsmith@bdgfirm.com
Michael Atkins                  matkins@bdgfirm.com
**BDG LAW GROUP, APLC**         kcoleman@bdgfirm.com
10880 Wilshire Blvd., Suite 1015
Los Angeles, California 90024-4101
TEL: (310) 470-6110
Fax: (310) 474-0931

☐   BY MAIL AS FOLLOWS: By enclosing a true copy of the above-described documents in an envelope. The envelope was mailed with postage thereon fully prepaid. I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles, California, in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date or postage meter date is more than one day after service of deposit for mailing in affidavit.

☐   BY PERSONAL SERVICE - I caused such envelope to be delivered by a process server employed by Getem Process Servers.

☒   BY ELECTRONIC TRANSMISSION - I transmitted a PDF version of this document by electronic mail to the party(s) identified on the attached service list using the e-mail address(es) indicated.

Executed on **September 26, 2024** in Los Angeles, CA 90017

☒   (Federal) I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

| Nathalia Wandenkolken | /s/Nathalia Wandenkolken |
|---|---|
| Type or Print Name | Signature |